No. 05–7617. QUEZADA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7618. RODRIGUEZ-MENDEZ, AKA HERNANDEZ-MARTINEZ v. UNITED STATES CUEVAS-MENDOZA v. UNITED STATES RAFAEL-QUERIAPA v. UNITED STATES HERNANDEZ-GRIMALDO v. UNITED STATES RIVAS-LOPEZ v. UNITED STATES CRUZ-AGUILAR, AKA AVITIO-HENES v. UNITED STATES ZAVALA-FLORES, AKA ZAVALA FLORES v. UNITED STATES GUEVARA-VIVANCO, AKA GUEVARA BE-TANCUR v. UNITED STATES PERDOMO-CASTRO v. UNITED STATES BANEGAS-VALDEZ v. UNITED STATES; LOZANO-REYES v. UNITED STATES ROMERO-DERAS v. UNITED STATES CRUZ-CASTAN v. UNITED STATES RIVERA-MENDEZ v. UNITED STATES TREVINO-SAENZ, AKA MARTINEZ v. UNITED STATES ORTIZ-DE BADILLO v. UNITED STATES URBINO-MONCADA v. UNITED STATES and CASTRO-AGUILAR v. UNITED STATES C. A. 5th Cir. Certiorari denied.

No. 05–7621. BROWN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7623. BRANON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–7624. HERON v. GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 05–7625. WINSTON v. BRYANT, WARDEN. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 05–7626. YIRKOVSKY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–7627. VELETA-ENRIQUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7631. GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.